# United States District Court
## Southern District of Georgia

BRACHEL ROGERS JONES and CHARLES JONES,

    Plaintiffs,

v.

WELLS FARGO PRINCIPAL LENDING, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 616- 129

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 23, 2018, Defendants are granted summary judgment against Plaintiffs. Plaintiffs failed to respond to Defendant's motion for summary judgment and provided no evidence that Defendant took an adverse action against Plaintiffs. Because Plaintiffs' substantive claims have failed, so too must their claim for punitive damages. This case stands closed.



4/23/2018　　　　　　　　　　　　　　　Scott L. Poff
*Date*　　　　　　　　　　　　　　　　*Clerk*

　　　　　　　　　　　　　　　　　　　*Jamie Hodge*
　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk